**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.** Case No. **2:11-cr-20012-KHV-1**

**CODY M. JUSTICE,**
*Defendant.*

---

## STIPULATION OF DISMISSAL

---

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the Motion to Vacate Sentence filed in this case.

Respectfully submitted,


Cody M. Justice, Reg. No. 20865-031
c/o USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

s/ Kirk C. Redmond
Kirk C. Redmond, #18914
First Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, KS 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org

s/ Jared S. Maag
Jared Maag, #17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 S.E. Quincy St.
Topeka, KS 66683
Phone: 785-295-2850
Fax: 785-295-2853
Email: jared.maag@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court on 3/18/17 by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jared Maag
Assistant United States Attorney
Jared.Maag@usdoj.gov

and a copy sent via U.S. Mail to:

Cody M. Justice, Reg. No. 20865-031
c/o USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

s/ Kirk C. Redmond
Kirk C. Redmond